[No. 30469-1-I.   Division One.   December 20, 1993.]

BLUE BAY, INC., ET AL, *Appellants*, v. SNOHOMISH COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-03877-5, Larry E. McKeeman, J., entered March 12, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Forrest, J.

[No. 29213-7-I.   Division One.   December 20, 1993.]

*In the Matter of the Dependency of*
K.H.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HARLOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-7-01703-1, Robert S. Lasnik, J., entered July 17, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 31006-2-I.   Division One.   December 20, 1993.]

*In the Matter of the Marriage of* ARLENE N. YOKOYAMA, *Respondent, and* KENNETH M. YOKOYAMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-3-01374-6, Edward Heavey, J., entered April 27, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Agid, J.